UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

PAUL BURKE, *Pro Se*

    Plaintiff,

vs.

U.S. DEPARTMENT OF HEALTH AND
    HUMAN SERVICES

    Defendant.

Case: 1:16-cv-00825 (CRC)

### MOTION FOR CM/ECF USER NAME AND PASSWORD

Plaintiff, Paul Burke, moves that the Court grant him leave to obtain a Case Management/Electronic Case Filing (CM/ECF) user name and password from the Clerk, in accordance with Local Civil Rule 5.4(b)(2).

Access to CM/ECF will simplify the communication of documents between the Parties and with the Court, and will avoid delays of sending paper copies.

Plaintiff has access to the internet, and has the required level of Internet Explorer.

Plaintiff has Adobe Acrobat Reader and can generate Portable Document Format (PDF) files with other software, including Microsoft Office and WordPerfect.

Plaintiff can file documents and receive filings electronically on a regular basis.

Plaintiff has successfully completed the entire Clerk's Office on-line tutorial.

Plaintiff has an account with the PACER system.

May 5, 2016

Respectfully submitted,

*/s/ Paul Burke*

Paul Burke, *Pro Se*
29 Dance Lane
Harpers Ferry, WV 25425
304-876-2227
PaulBurke@Globe1234.info

RECEIVED
MAY - 5 2016
Clerk, U.S. District and Bankruptcy Courts

## CERTIFICATE OF SERVICE

I, Paul Burke, will mail a copy of the foregoing Motion for CM/ECF User Name and Password on May 5, 2016 to:

U.S. Department of Health and Human Services
200 Independence Ave., S.W.
Washington, DC 20201-0004

U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530-0001

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

May 5, 2016

Paul Burke, *Pro Se*
29 Dance Lane
Harpers Ferry, WV 25425
304-876-2227
PaulBurke@Globe1234.info