# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

PAUL BURKE, *Pro Se*                           |
                                               |
    Plaintiff,              |
                                               |
vs.                                            |     Case: 1:16-cv-00825 (CRC)
                                               |
U.S. DEPARTMENT OF HEALTH AND                  |
    HUMAN SERVICES           |
                                               |
    Defendant.               |

## PROOF OF SERVICE

I certify, on penalty of perjury, that I served the U.S. Department of Health and Human Services, the U.S. Attorney General and the U.S. Attorney for the District of Columbia with copies of the summons, complaint and attending documents by certified mail, return receipt requested, and that the Defendants received this service on or about May 9, May 10 and May 10, 2016, respectively, as shown on the return receipts, which are attached as Exhibit 1.


May 31, 2016                              Respectfully submitted,

                                          _____

                                          Paul Burke, *Pro Se*
                                          29 Dance Lane
                                          Harpers Ferry, WV 25425
                                          304-876-2227
                                          Fax: 321-682-2019
                                          PaulBurke@Globe1234.info