UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BURKE<br>29 Dance Lane<br>Harpers Ferry, WV 25425<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>200 Independence Avenue, SW<br>Washington, DC 20201-0004<br><br>      Defendant. | Civil Action No. 16-CV-825 (CRC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Marsha W. Yee, Assistant United States Attorney, as counsel for Defendant in the above-captioned case.

Dated:   June 8, 2016

                                                        Respectfully Submitted,

                                                        By:   /s/ Marsha W. Yee
                                                        MARSHA W. YEE
                                                        Assistant United States Attorney
                                                        Civil Division
                                                        555 4th Street, N.W.
                                                         Washington, D.C. 20530
                                                        Telephone:   (202) 252-2539
                                                        Facsimile:   (202) 252-2599
                                                       Email:   Marsha.Yee@usdoj.gov

                                                       *Counsel for Defendant*