UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL BURKE,                                )
                                           )
                    Plaintiff,             )
                                           )
          v.                               )          Civil Action No. 16-CV-825 (CRC)
                                           )
U.S. DEPARTMENT OF HEALTH                  )
AND HUMAN SERVICES,                        )
                                           )
                    Defendant.             )
_____)

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant moves for an extension of time to July 8,

2016 to file a response to Plaintiff's complaint in this Freedom of Information Act case.

In support of the instant motion, Defendant states as follows:

1.       On May 3, 2016, Plaintiff filed his complaint.   ECF No. 1.

2.       Defendant's current deadline for filing its response to the complaint is June 9, 2016.

3.       In order to avoid unnecessarily placing this case in an active litigation posture,

Defendant hereby moves to extend the time for Defendant to file a response to Plaintiff's

complaint until July 8, 2016.

4.       Defendant anticipates that this case will become moot within the next week or two.

5.       This is the first extension that Defendant has sought in this case.

6.       There are no other deadlines in this case.   Thus, the requested extension will not

impact any deadlines.

1

7.      This request for an extension is being made in good faith and not for purposes of delay.   Plaintiff, who does not object to this extension, will not be prejudiced by the extension requested herein.

WHEREFORE, Defendant respectfully requests that the Court extend its time to file a response to the complaint until July 8, 2016.   A proposed order is attached.

Dated:   June 8, 2016

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:   /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:   (202) 252-2539
Facsimile:   (202) 252-2599
Email:   Marsha.Yee@usdoj.gov

*Counsel for Defendants*