UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 16-CV-825 (CRC) |
| | ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Defendant's Unopposed Motion to Extend Time to File Response to Plaintiff's Complaint, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED. It is

FURTHER ORDERED that the time for Defendant to file a response to the complaint is hereby extended to and including July 8, 2016.

Dated:_____                              _____
                                                United States District Judge