UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BURKE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 16-CV-825 (CRC) |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME
TO FILE RESPONSES TO PLAINTIFF'S COMPLAINT AND
PLAINTIFF'S MOTION FOR PARTIAL VOLUNTARY DISMISSAL
AND AWARD OF COSTS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant moves for an extension of time to August 8, 2016 to file its responses to (i) Plaintiff's complaint in this Freedom of Information Act ("FOIA") case, and (ii) Plaintiff's Motion for Partial Voluntary Dismissal and Award of Costs, ECF No. 6.

In support of the instant motion, Defendant states as follows:

1.   On May 3, 2016, Plaintiff filed his complaint.   ECF No. 1.

2.   Defendant's current deadline for filing its response to the complaint is July 8, 2016.

3.   On June 11, 2016, a Saturday, Plaintiff filed his Motion for Partial Voluntary Dismissal and Award of Costs ("Plaintiff's Motion").   ECF No. 6.

4.   Plaintiff's Motion in essence concedes that his FOIA request is moot.   *Id.* at 1.

5.   Plaintiff's Motion does not include any statement showing that Plaintiff complied with Local Civil Rule 7(m).

6.   Defendant's current deadline for responding to Plaintiff's Motion is today.

1

7. In order to avoid unnecessarily placing this case in an active litigation posture and to allow the parties additional time to reach a settlement without the Court's intervention, Defendant hereby moves to extend the time for Defendant to file its responses to Plaintiff's complaint and Plaintiff's Motion until August 8, 2016.

8. This is the second extension that Defendant has sought in this case.

9. There are no other deadlines in this case. Thus, the requested extension will not impact any deadlines.

10. This request for an extension is being made in good faith and not for purposes of delay. Plaintiff, who does not object to this extension, will not be prejudiced by the extension requested herein.

WHEREFORE, Defendant respectfully requests that the Court extend its time to file responses to the complaint and to Plaintiff's Motion until August 8, 2016. A proposed order is attached.

Dated: June 28, 2016

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Facsimile: (202) 252-2599
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*