UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 16-CV-825 (CRC) |
| | ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Unopposed Motion to Extend Defendant's Time to File Responses to Plaintiff's Complaint and Plaintiff's Motion for Partial Voluntary Dismissal and Award of Costs ("Plaintiff's Motion"), and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED. It is

FURTHER ORDERED that the time for Defendant to file its responses to the complaint and Plaintiff's Motion is hereby extended to and including August 8, 2016.

Dated:_____                               _____
                                                  United States District Judge