UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

PAUL BURKE, *Pro Se*

    Plaintiff,

vs.

U.S. DEPARTMENT OF HEALTH AND
    HUMAN SERVICES

Defendant.

Case: 1:16-cv-00825 (CRC)

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Paul Burke hereby dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff received the documents sought in this case on June 8.

Defendant has filed neither an Answer nor a Motion for Summary Judgment. Dismissal under Rule 41(a)(1) is therefore appropriate. The dismissal is without prejudice pursuant to Rule 41(a)(1)(B). Plaintiff believes this dismissal is a simpler approach than his June 11 Motion for Voluntary Dismissal and Award of Costs.

In order to have time to confer with the Defendant and continue negotiations on costs, Plaintiff is not now making a motion for costs. If necessary Plaintiff will petition for costs within 14 days, pursuant to Fed. R. Civ. P. 54(d)(1), and the Freedom of Information Act, 5 U.S.C. §442(a)(4)(E).

June 30, 2016                               Respectfully submitted,

*Paul Burke*

_____
Paul Burke, *Pro Se*
29 Dance Lane
Harpers Ferry, WV 25425
304-876-2227
PaulBurke@Globe1234.info