**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

PAUL BURKE, *Pro Se*                                    |
                                                        |
    Plaintiff,                      |
                                                        |
vs.                                                     |   Case: 1:16-cv-00825 (CRC)
                                                        |
U.S. DEPARTMENT OF HEALTH AND     |
    HUMAN SERVICES                   |
                                                        |
Defendant.                                              |

**[PROPOSED] ORDER**

    Upon consideration of Plaintiff's Motion for Award of Costs, as well as any opposition and reply thereto, it is hereby

    ORDERED that Plaintiff's Motion is GRANTED, and it is further

    ORDERED that Defendant pay Plaintiff's costs in this matter in the amount of $400 within thirty (30) days of the date of this order.

So ordered on this _____ day of _____, 2016

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE