UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-CV-825 (CRC) |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, Plaintiff's Motion for Award of Costs, any opposition papers, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, the Court hereby ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED;

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE;

3. Plaintiff's Motion for Award of Costs, ECF No. 9, is DENIED; and

4. Judgment is ENTERED for Defendant as to all Counts.

SO ORDERED.

Date:_____

_____
CHRISTOPHER R. COOPER
United States District Judge