**EXHIBIT 1 - EMAIL FROM BURKE TO GILMORE, CMS, CONFIRMING CONVERSATIONS, JANUARY 14, 2015**

**Subject: Burke FOIA appeal 071620137079**
From: Paul Burke  [Private identifiers redacted]        Wed, Jan 14, 2015 at 12:34 PM
To: Hugh Gilmore

Dear Mr. Gilmore,

It was a pleasure to talk with you 10/29, 11/13, and 12/9 about FOIA 071620137079, which I submitted in July 2013. I appreciate your efforts to look into releasing the response. I have still not received that response.

Since July 2014 the CMS FOIA app has shown "undetermined" for "Projected Date of Response", with status of "Responsive records returned to the FOIA office for review and disclosure analysis." When can CMS send those "Responsive records"?

The records have just been transferred to 89 new ACOs which started 1/1/2015, so I see no reason they cannot be transferred to me. If they were transferred by posting on a website, then as we discussed, CMS could tell me where I can access and download the complete materials prepared by CMS.

Apparently there were concerns about "commercial secrets." The FOIA is for materials prepared by CMS, so they are not commercial secrets. Apparently there were also concerns about "deliberative" materials. Once the materials were released by CMS to ACOs they are no longer deliberative.

As I mentioned, I already have reported on ACOs and their public information, and the purpose of the FOIA is to get CMS' side of the story, what CMS prepared, as opposed to what ACOs chose to use.

Thank you,
Paul Burke
304-876-2227