**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL BURKE, *Pro Se* | \| |
| Plaintiff, | \| |
| vs. | \| Case: 1:16-cv-00825 (CRC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | \| |
| Defendant. | \| |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Award of Costs, Defendant's Motion to Dismiss and Opposition to Plaintiff's Motion for Costs, and Plaintiff's Reply to Defendant's Late Opposition to Costs, and Opposition to Defendant's Motion to Dismiss, and the entire record herein, the Court hereby ORDERS that:

Plaintiff's Motion is GRANTED, since no opposition was timely filed, so the Court treats the Motion as conceded;

Defendant's Motion is DENIED as moot, since the case was dismissed June 30, 2016;

Defendant shall pay Plaintiff's costs in this matter in the amount of $400 within thirty (30) days of the date of this order.


So ordered on this _____ day of _____, 2016


_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE